UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| BRENT TEASLEY, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | Case No. 4:06-CV-773 (JCH) |
| ) | |
| NIC FORLER, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER**

The matter is before the Court on its review of the record. On December 14, 2007, Plaintiff filed a motion asking for more time to file a response to Defendants' Motion for Summary Judgment (Doc. No. 27), filed on November 30, 2007. (Mot. for Extension of Time, Doc. No. 28). In this motion, Plaintiffs did not ask for a set amount of time, instead they requested a "brief continuance within the Court's discretion." (Id.). The Court granted this motion, but failed to provide Plaintiffs with a definitive date for filing its response.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff shall file its Response to Defendants' Motion for Summary Judgment no later than **Friday, January 18, 2008.** Plaintiff may file a reply no later than **Monday, January 28, 2008.**

Dated this 11th day of January, 2008.

/s/ Jean C. Hamilton
UNITED STATES DISTRICT JUDGE