# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

BRENT TEASLEY, et al., )
)
    Plaintiffs, )
)
v. )   CAUSE NO. 4:06CV773 JCH
)
NIC FORLER, et al., )
)
    Defendants. )

## ORDER APPROVING SETTLEMENT

Now on this 16TH day of May, 2008, the Plaintiffs and Defendants by respective counsel, appear on the Plaintiffs' Petition for Approval of Settlement. The parties announce a tentative settlement in the amount of $ 1,125,000.00, which Defendants propose to pay to the Plaintiffs on behalf of all persons entitled to share in the proceeds as the result of the wrongful death of Tyler Teasley, which sum includes payment for all medical bills, funeral expenses and damages for injuries arising from the death of Tyler Teasley.

The parties waive trial by jury, and oral and documentary evidence is adduced, and upon due consideration thereof, the Court having been fully advised in the premises, it is hereby ORDERED, ADJUDGED, and DECREED that the cause of action and claim for injuries, damages, and losses, and for the wrongful death of Tyler Teasley, deceased, be settled for the total consideration of $1,125,000.00 and the settlement in this sum is hereby approved.

It is further ordered that at this time the Plaintiffs shall collect the settlement, collect the receipt, execute appropriate releases, pay all costs and expenses of recovery and collection, and pay to counsel for the Plaintiffs the sum of $ 440,607.00 which this Court finds to be a reasonable attorney's fee as well as the sum of $139,392.67 as reimbursement for costs associated with the prosecution of this case, and having done so, file with this Court a Plaintiffs' report.

It is the further finding of this Court that Plaintiffs are the sole persons entitled to sue or join in this action for the death of Tyler Teasley, deceased, and on evidence adduced, the Court finds that the following persons should share in the proceeds in the following amounts, to wit:

To Brent Teasley and Mary Teasley jointly, the sum of $ 540,000.33

It is further hereby ORDERED, ADJUDGED, and DECREED that, on receipt of settlement and report of the Plaintiffs, the Defendants shall be and they are hereby forever discharged, free from any liability of whatever kind or nature for the injuries and death of Tyler Teasley, deceased.

SO ORDERED:

_____
Honorable Jean C. Hamilton
United States District Judge

Dated: May 16, 2008