UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| BRENT TEASLEY, et al., | ) |
| Plaintiffs, | ) |
| v. | ) CAUSE NO. 4:06CV773 JCH |
| NIC FORLER, et al., | ) |
| Defendants. | ) |

## FINAL JUDGMENT

Now on this 16th day of May, 2008, come the Plaintiffs, in person and by counsel, and file the Plaintiffs' Report, and the Court, having examined the Report, finds that the Plaintiffs have received the net proceeds and distributed them in accordance with the orders of this Court. It is therefore ORDERED, ADJUDGED, and DECREED that this action be dismissed, and is dismissed, with prejudice, with costs taxed to the Defendants.

SO ORDERED:

_Jean C. Hamilton_
Honorable Jean C. Hamilton
United States District Judge